# United States Court of Appeals
## For the First Circuit

_____

### NOTICE OF APPEARANCE

**No.** 26-1272 **Short Title:** Soscia Holdings, LLC et al. v.

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:
See Exhibit A for all represented parties. as the

[ ] appellant(s)     [✓] appellee(s)     [ ] amicus curiae

[ ] petitioner(s)     [ ] respondent(s)     [ ] intervenor(s)

| | |
|---|---|
| /s/ Gregory S. Estabrooks, Esq. | March 26, 2026 |
| Signature | Date |
| Gregory S. Estabrooks, Esq. | |
| Name | |
| KSPR Law, P.C. | 401-490-7334 |
| Firm Name (if applicable) | Telephone Number |
| 128 Dorrance St Ste. 300 | 401-490-7874 |
| Address | Fax Number |
| Providence, RI 02903 | gestabrooks@ksprlaw.com |
| City, State, Zip Code | Email (required) |

Court of Appeals Bar Number: 1222915

Has this case or any related case previously been on appeal?

[✓] No     [ ] Yes   Court of Appeals No.

=========================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).

## EXHIBIT A

- Soscia Holdings, LLC

- Structures at Johnson's Pond, LLC

- Boating at Johnson's Pond, LLC

- Waterfront at Johnson's Pond, LLC

- Common Area at Johnson's Pond, LLC

- Land at Johnson's Pond, LLC